United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHINEL ANTOINETTE KREMESEC,**<br>Plaintiff,<br>v.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>Defendant. | Case No. 26-cv-01760-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Plaintiff Chinel Antoinette Kremesec, proceeding *pro se*, brings this action against defendant Commissioner of Social Security seeking judicial review of an Administrative Law Judge's decision denying her claim for benefits under Title II of the Social Security Act. Defendant submitted a motion to dismiss plaintiff's case on April 30, 2026, for failure to state a claim upon which relief may be granted. (Dkt. No. 7.) Under this Court's Local Rule 7-3(a), plaintiff was required to file either a brief opposing the motion to dismiss this lawsuit, or a notice that plaintiff does not oppose dismissal by no later than May 14, 2026.[1] The Court subsequently extended this deadline to July 31, 2026. (Dkt. No. 8.) As of the date of this Order, plaintiff has not filed any response to the motion.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her case should not be dismissed for failure to prosecute. No later than **Friday, October 9, 2026**, plaintiff must file a statement explaining her failure to comply with the Court's order and expressing her intent to continue pursuit of this litigation. Failure to file such a statement will be deemed an admission that no good

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil.

cause exists and that dismissal of the instant action for failure to prosecute is appropriate. The Court further reminds plaintiff that it is her responsibility to communicate with the Court and update the Court on her current circumstances.

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online at www.cand.uscourts.gov/pro-se-litigants/ or in a paper copy, free of charge, from the Clerk's Office.

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: September 22, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**